Case 7:25-mj-01569-KPB    Document 15    Filed 04/02/26    Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 2, 2026

The Hon. Kim P. Berg
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:    *United States v. Taralynn Young,* 25 MJ 1569 (KPB)

Dear Judge Berg:

I write to request that Taralynn Young's conference scheduled for April 10, 2026, be adjourned to June 12, 2026, in White Plains, as the parties are still trying to achieve a pretrial resolution.

Counsel was recently assigned to this case and needs additional time to gather mitigation records. The government and defense counsel are engaged in negotiations and last discussed this case on April 1, 2026. The government does not object to this request for an adjournment. If the request is granted, the parties also agree that the time period from April 10, 2026, to June 12, 2026 be excluded from the computation of time under the Speedy Trial Act.

Sincerely,

Sungso Lee

cc:  SAUSA Kunga Drongchewa

Request granted. This matter is adjourned to Friday, June 12, 2026, at 9:00 a.m. in White Plains, New York. SO ORDERED.

Dated: April 2, 2026
White Plains, New York

Kim P. Berg, U.S.M.J.